IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CRAWFORD LEE BRUCE, JR., | ) |
| Plaintiff, | ) ) ) |
| v. | ) CASE NO. 2:17-cv-56-TFM ) [wo] |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) ) ) |
| Defendant. | ) |

## **FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of this Court, it is ORDERED, ADJUDGED, and DECREED that the decision of the Commissioner is AFFIRMED. Judgment is entered in favor of the Defendant Commissioner and against the Plaintiff Crawford Lee Bruce and this case is DISMISSED with prejudice.

The Clerk of Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure

DONE this 16th day of May, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE